**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VICTOR PEDROZA,

                Plaintiff,              18 **CIVIL** 3320 (PMH)

    -against-                    **JUDGMENT**

SERGEANT PANZARELLS, et al.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 16, 2021, Defendants' motion for summary judgment is GRANTED and the Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
           August 17, 2021

                                                      **RUBY J. KRAJICK**
                                                          Clerk of Court
                                **BY:**
                                                            Deputy Clerk